**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

THEODORE K GRIFFIN,

      Petitioner,

v.                                                                          CASE NO. 5:15-cv-00250-MP-CAS

JULIE JONES, THE GEO GROUP INC,

      Respondents.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and

Recommendation dated November 16, 2015. (Doc. 5).  The parties have been furnished a copy

of the Report and Recommendation and have been afforded an opportunity to file objections

pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has

passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report

and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated
by reference in this order.   This case is dismissed without prejudice for failure to
prosecute and to follow an order of the Court.

**DONE AND ORDERED** this ___25^th___ day of January, 2016

           *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge